■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JIMMY HILLIARD, Appellant. [719 NYS2d 600] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (D. Friedman, J.), rendered June 18, 1997, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that certain remarks made by the prosecutor during summation were improper is unpreserved for appellate review since he raised only general objections to the challenged remarks, did not request curative instructions when his objections were sustained, and did not move for a mistrial (*see, People v Nuccie,* 57 NY2d 818; *People v Davis,* 277 AD2d 248 [case No. 1]; *People v Feliciano,* 254 AD2d 496; *People v Oreckinto,* 253 AD2d 896; *People v Scotti,* 220 AD2d 543). In any event, most of the challenged remarks either constituted fair comment, or were made in response to the defense counsel's arguments on summation, and none was so prejudicial as to require reversal (*see, People v Galloway,* 54 NY2d 396; *People v Davis, supra; People v Jones,* 255 AD2d 600; *People v Feliciano, supra*). Krausman, J. P., Luciano, H. Miller and Feuerstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT JONES, Appellant. [720 NYS2d 357] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Lefkowitz, J.), rendered October 7, 1999, convicting him of attempted robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Ritter, J. P., Friedmann, H. Miller and Feuerstein, JJ., concur.